IRVING GARFINKEL, Respondent, v. IRVING COOPER, Doing Business as COOPER WOODCRAFT Co., Appellant, et al., Defendants.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, unless plaintiff stipulates to consent to reduction of verdict to the sum of $6,000 in

which event the judgment, as so modified, is affirmed, without costs. On this record the amount awarded is excessive. Settle order on notice. Concur— Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.